UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>LUTHER GENE RAY,<br><br>              Defendant-Petitioner. | Case No.: 15-CR-498-BEN<br><br>**ORDER RE: LIMITED WAIVER OF ATTORNEY-CLIENT PRIVILEGE**<br><br>**[ECF No. 203]** |

By filing a motion pursuant to 28 U.S.C. § 2255 asserting ineffective assistance of counsel, Defendant Luther Gene Ray has waived his attorney-client privilege for this motion. *See Bittaker v. Woodford,* 331 F.3d 715, 716 (9th Cir. 2003). The United States' motion on this matter, ECF No. 203, is **GRANTED**. The United States shall have until March 1, 2021, to respond to Defendant's Section 2255 motion.

The Clerk of Court shall serve Defendant at this address: Reg. No. 63232-097, USP Tucson, United States Penitentiary, P.O. Box 24550, Tucson, Arizona 85734.

    **IT IS SO ORDERED.**

    Dated: January 11, 2021

                                                    **HON. ROGER T. BENITEZ**
                                                    United States District Judge